IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES AUSTIN PARKS,

      Plaintiff,      No. CIV S-06-1138 DFL KJM P

  vs.

WARDEN DAVID L. RUNNELS, et al.,

      Defendants.    FINDINGS & RECOMMENDATIONS

_____/

   In the order of December 15, 2006, this court noted that plaintiff's claims appeared to be foreclosed by the doctrine of <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994). In response to the court's order, plaintiff has confirmed that he lost good time credits as a result of the disciplinary action he challenges. Accordingly, because he has not alleged that the disciplinary finding has been overturned, he cannot proceed with this action. <u>Edwards v. Balisok</u>, 520 U.S. 641, 643 (1997)

   IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 15, 2007.

_____
U.S. MAGISTRATE JUDGE

2
park1138.56

2