1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CHARLES AUSTIN PARKS,

11              Plaintiff,                    No. CIV S-06-1138 DFL KJM P

12        vs.

13    WARDEN DAVID L. RUNNELS, et al.,

14              Defendants.                   ORDER

15    _____/

16              Plaintiff has requested an extension of time to file objections to the February 16,

17    2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

18              1.  Plaintiff's March 7, 2007 request for an extension of time is granted; and

19              2.  Plaintiff is granted thirty days from the date of this order in which to file

20    objections to the February 16, 2007 findings and recommendations.

21    DATED:  March 30, 2007.

22    _____

23                        U.S. MAGISTRATE JUDGE

24    /bb
      park1138.36

25

26