IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>          Plaintiff,<br><br>vs.<br><br>WARDEN DAVID L. RUNNELS, *et al.*,<br><br>          Defendants. | No. 2:06-cv-01138-JKS-KJM<br><br>ORDER |

      Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 16, 2007, the Magistrate Judge filed Findings and Recommendations, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  Plaintiff has filed objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, with particular attention to those portions relevant or pertinent to the objections raised, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      The fatal defect in Plaintiff's case as it presently stands is that, under the *Heck* doctrine,[1] it must be initiated by a  28 U.S.C. § 2254 habeas petition.  Until such time as the disciplinary action is reversed or otherwise overturned, Plaintiff is not entitled to relief under 42 U.S.C. § 1983.  *Edwards v. Balisok*, 520 U.S. 641, 643 (1997).  Plaintiff requests this Court stay further proceedings while he completes habeas relief he has initiated in the state courts.  The Court sees

---

[1] *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

no reason to retain this matter on its docket while Plaintiff pursues his relief through the state courts and, possibly, through the federal judicial system should his efforts in the state courts prove futile. Plaintiff will not suffer any apparent prejudice by dismissing this action without prejudice to renewal should he be successful in his quest for habeas relief.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed February 16, 2007, are adopted in full;
2. The Complaint is DISMISSED, without prejudice; and
3. The Clerk of the Court to enter final judgment accordingly.

Dated: March 7, 2008.

                                              s/ James K. Singleton, Jr.
                                              JAMES K. SINGLETON, JR.
                                              United States District Judge